**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
Christian Perez Matute,

                            Plaintiff,                       25-cv-03198-KMK-VR

                  -against-                             **ORDER**

Mr Bult's Inc., Paul C. Wright,

                            Defendant.
------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      On September 30, 2025, the Court directed the parties to submit a joint status letter, by no later than November 14, 2025, updating the Court on the status of discovery. (ECF No. 20). The Court has not yet received any such letter. The parties are directed to submit joint status letter on the status of discovery by no later than **November 21, 2025**.

      SO ORDERED.

DATED:    White Plains, New York
               November 18, 2025

                                                              _____
                                                              VICTORIA REZNIK
                                                              United States Magistrate Judge