USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 3/2/2026 _

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

Christian Perez Matute,

Plaintiff,

-against-

Mr Bult's Inc., Paul C. Wright,

Defendant.
-------------------------------------------------------------------X

25-cv-03198-JGLC-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On February 2, 2026, the Court directed the parties to submit a joint status letter, by no later than February 27, 2026, updating the Court on the status of discovery. (ECF No. 29). The Court has not yet received any such letter. The parties are directed to submit joint status letter on the status of discovery by no later than **March 6, 2026**.

**SO ORDERED.**

DATED:    White Plains, New York
          March 2, 2026

VICTORIA REZNIK
United States Magistrate Judge